# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALLEN,<br><br>           Plaintiff,<br><br>     v.<br><br>DAVE AND BUSTER'S<br>ENTERTAINMENT, INC., et al.,<br><br>           Defendants. | Case No.  1:26-cv-04248-JLT-SAB<br><br>ORDER GRANTING APPLICATION TO<br>PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Joseph Allen filed a complaint on June 3, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1.     Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED; and

2.     **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated:   **June 4, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge