# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSEPH ALLEN,

       Plaintiff,

    v.

DAVE & BUSTER'S ENTERTAINMENT, INC., et al.,

       Defendants.

Case No. 1:26-cv-04248-JLT-SAB

ORDER DENYING MOTION FOR LEAVE TO UTILIZE E-FILE

(ECF No. 4)

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on June 3, 2026. (ECF No. 1.) On June 18, 2026, Plaintiff moved, pursuant to Local Rule 133(b)(2), for leave to utilize the Court's e-filing system. (ECF No. 4.) The Court has reviewed Plaintiff's request and finds that granting leave to use the Court's e-filing system is not warranted in this case.

Accordingly, the Court DENIES the motion for leave to utilize e-file.

IT IS SO ORDERED.

Dated: **June 23, 2026**

                       STANLEY A. BOONE
                       United States Magistrate Judge