**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSEPH ALLEN,

Plaintiff,

v.

DAVE AND BUSTER'S ENTERTAINMENT, INC., et al.,

Defendants.

Case No. 1:26-cv-04248 JLT SAB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 7)

Plaintiff initiated this action by filing a complaint against the defendants for: (1) breach of Contract, (2) fraud and fraudulent misrepresentation, (3) promissory estoppel, (4) intentional interference with prospective business relations; and (5) unjust enrichment. (Doc. 1 at 10-12.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and found the Court lacks subject matter jurisdiction over the claims raised. (Doc. 6 at 4-6.) The magistrate judge also found that the Court lacks diversity jurisdiction based on Plaintiff's allegation that he and all defendants are citizens of the state of California. (*Id.* at 6.) Therefore, the magistrate judge found Plaintiff failed to invoke this Court's jurisdiction and granted leave to amend the complaint. (*Id.* at 7.)

After Plaintiff did not respond to the Screening Order, the magistrate judge issued Findings and Recommendations that reiterated the prior findings. (Doc. 7 at 2-6.) In addition, the magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the

Screening Order. (*Id.* at 1, 7.) The magistrate judge found dismissal was also appropriate for these failures after considering the factors identified in *Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019). (*Id.* at 7-8.) The magistrate judge recommended dismissal "without prejudice for lack of subject-matter jurisdiction, failure to prosecute this action, and/or failure to comply with the Court's order." (*Id.* at 8.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 7 at 8.) The Court advised him that the failure to file timely objections may result in the waiver of certain rights on appeal." (*Id.* at 9, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 16, 2026 (Doc. 7) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 9, 2026

UNITED STATES DISTRICT JUDGE